HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAPER STREET MEDIA, LLC,

        Plaintiff,

   v.

JOHN DOE, d/b/a HQPORNER.COM, et al.,

        Defendants.

CASE NO. C18-5167 RBL

ORDER

THIS MATTER is before the Court on Plaintiff Paper Street Media's *Ex Parte* Motion for Early Discovery [Dkt. #6]. Paper Street asks for limited, expedited discovery to ascertain the identities of the owners and operators of HQPorner.com, Mydaddy.cc, HQwo.cc, and BigCDN.cc, websites it alleges have infringed its "award winning" pornographic videos by duplicating and distributing them without prior authorization.

Paper Street has shown these defendants are real persons or entities, that it cannot identify them without early discovery, and that its suit could possibly withstand a motion to dismiss. *See Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 578–80 (N.D. Cal. 1999) (setting forth a test describing when a court could permit discovery prior to a Rule 26(f) conference for the purpose of identifying anonymous defendants).

ORDER - 1

Therefore, Paper Street may serve discovery on Advanced Hosters, Ltd.; Highwoods Network Group, Inc.; Enom, Inc.; Tiggee, LLC; Choopa, LLC; Verisign; Multi Media, LLC; Network Solutions, LLC; and Google, LLC, for the sole purpose of identifying the owners and operators of HQPorner.com, Mydaddy.cc, HQwo.cc, and BigCDN.cc, who are Defendants in this case.

Paper Street may *not* serve discovery on any Internet Service Providers seeking information about IP addresses used to *access* HQPorner.com, Mydaddy.cc, HQwo.cc, and BigCDN.cc, as such discovery goes beyond identifying the Defendants, and could be used for nefarious purposes. To the extent Paper Street seeks such information, its Motion is DENIED.

Paper Street's Motion [Dkt. #6] is GRANTED IN PART AND DENIED IN PART.

IT IS SO ORDERED.

Dated this 12th day of April, 2018.

_____
Ronald B. Leighton
United States District Judge