1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

9

10  PAPER STREET MEDIA, LLC, a Florida
limited liability company

CASE NO. **3:18-cv-05167-RBL**

11              Plaintiff,

12              vs.

**FIRST AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF**

13  IVAN SHELKOV, individually and d/b/a
HQPORNER.COM; THOMAS KAHN,

14  individually and d/b/a HQPORNER.COM;
and DOES 1-20,

JURY DEMANDED

15

16              Defendants.

17

18

19      Plaintiff Paper Street Media LLC (hereinafter referred to as "Plaintiff" or "PSM") by and

20  through its counsel, file this complaint against Defendants Ivan Shelkov, individually and d/b/a

21  HQPorner.com, Thomas Kahn, individually and d/b/a HQPorner.com, and John Does 1-20

22  Defendants (collectively hereinafter referred to as "HQPorner," "Defendant" or "Defendants").

23                      **<u>JURISDICTION AND VENUE</u>**

24      1.      Plaintiff Paper Street Media LLC is a Florida Limited Liability Company with it

25  principal place of business in Miami, Florida.

26      2.      Defendant Ivan Shelkov is an owner and/or operator of HQPorner.com.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

3.        Defendant Thomas Kahn is an owner and/or operator of HQPorner.com.

4.        Defendant John Does are a currently unknown individual(s) and/or entity which owns and operates HQPorner.com.

5.        Defendants John Does  act in concert with Defendants Ivan Shelkov and Thomas Kahn in the operation of HQPorner.com.

6.        Defendants knowingly and purposefully market to the entire United States, including residents of this District.

7.        The largest audience of HQPorner.com is comprised of United States viewers. Defendants earn substantial revenue from advertisements on HQPorner.com.  Advertisements in the United States are the by far most profitable in the world, thus making the United States the most desirable and commercially meaningful market to display a web site whose revenues stem from advertisements.

8.        According to Similarweb.com, an industry trusted website analytics company, between August 2017 and August 2018, HQPorner.com averaged over 30.48 million users *per month*, with an average view time of over 7 minutes.  Of these users, the United States made up the largest market at 12.67%[1], with the next largest market as Germany at 11.10%, and India at 6.02%. A large portion, 57.78% of the traffic, is from search engines. In August 2018, HQPorner.com saw 47.17M users; 5.97 million were United States users.

9.        Defendants purchase Internet traffic that is specifically from the United States in order to ensure a United States audience for HQPorner.com.

---

[1] At least 3.8 Million United States based users are watching over 450,500 hours of video on Hqporner.com; 18,700 days of content a month on Hqporner.com.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

10.    HTML and images on HQPorner.com are delivered through and/or from servers located in the Netherlands.  Videos are not delivered to viewers from these servers.

11.    A review of HQPorner.com reveals servers associated with HQPorner.com located in California and Kansas, in a currently unknown role regarding the operations of the web site.  It appears that HQPorner.com changed from association with a server on the east coast of the United States to the one in California.  Defendants are strategically associating with servers in the United States for purposes of display to United States viewers.

12.    Defendants utilize a complex system to deliver videos to its viewers.  This complex system purposefully ensures effective, efficient, and fast delivery of video content displayed on HQPorner.com to United States viewers while attempting to hide the actions of Defendants in the illegal display of PSM content to United States viewers.

13.    Videos displayed on HQPorner.com, including PSM videos are delivered through URLs Mydaddy.cc, BigCDN.cc, and/or HQWO.cc.  Upon information and belief, Defendants own or operate these domains.  While these domains are located abroad, a system is in place in which United States based companies and servers are utilized within Defendants' system to intentionally and efficiently broadcast the videos throughout the United States, including servers located at Highwinds Network Group, Inc. (Pheonix, Arizona), Tiggee LLC (Reston, Virginia), Choopa Matawan, New Jersey), and Advanced Hosting (Virginia).

14.    HQPorner.com provides geocentric pop-up ads displayed whenever a user chooses a video.  These pop-up ads provide links to adult dating services in close proximity to the user, including in the United States and in this District.  While Defendants contract with ExoClick as a broker for the pop-up ads, the Defendants purposefully and knowingly contract for geocentric ads in the United States.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 3

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

15.     Defendants attempt to hide their identity as the registrant of HQPorner.com by the use of a privacy service, Internet Domain Service BS Corp., and administrator Whois Privacy Corp., both located in the Bahamas.

16.     Defendants also attempt to hide their identity as owners/operators of Mydaddy.cc and BigCDN.cc through registrar Enom, Inc., located in Kirkland, Washington, and privacy service WhoIsGuard, Inc., located in Panama.

17.     Upon information and belief, the Defendants all transact business in this Judicial District by way of their interactive website intentionally directed to users based in the United States and in Arizona who have been offered the infringing and unlawful content at issue herein and who have, themselves, engaged in acts of infringement in this District and State.  The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district. The Defendants are amenable to service of process pursuant to the state Long-Arm Statute, and Fed.R.Civ.P. 4(e).

18.     Any alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

19.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 17 U.S.C. § 101 et seq., 28 U.S.C. §1331 and 28 U.S.C. §1338.

20.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

21.     This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or (d) and 28 U.S.C. § 1400(a).

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 4

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

**PARTIES**

22.    The named Plaintiff is the rightful copyright, trademark and intellectual property owners of the respective United States copyrights, trademarks and intellectual property that are the basis for this action.

23.    Plaintiff Paper Street Media, LLC ("PSM") is a Florida limited liability company with its principal place of business in Miami, Florida.

24.    PSM produces adult audiovisual material, which it distributes through DVD sales, pay-per-view, and the World Wide Web through its 25-paid membership based web sites operating under its known brands, including "TeamSkeet," among others.

25.    PSM directly employs 28 full-time people, with the majority of those being technical, programming, and white-collar positions.

26.    PSM engages in extremely limited licensing of its content to other entities or websites for viewing, in addition to the small sample of promotional materials provided to their affiliates for the sole purpose of those affiliates' promoting PSM properties.  Any licensing is done with the intent for brand exposure and is limited to a small subset of hand-selected content. Predominantly, the PSM business model is simply that a user must be a paid member of PSM to view PSM's non-promotional videos.

27.    PSM holds over 350 U.S. registered Copyrights for its audiovisual work and 5 Trademarks for its brands, including for all works listed in this Complaint.

28.    Plaintiff is the respective producer, distributor, and exclusive licensor of its own motion pictures in the United States as well as throughout the world.

29.    Plaintiff has registered with the United States Copyright Office the copyrighted works identified in this Complaint. Plaintiff's watermark their videos with Plaintiff's readily

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 5

identifiable site names and/or logos and place recorded warnings at the beginning of video productions.

30.     Plaintiff's "Team Skeet" trademark and service mark has been continuously used in commerce since August 2012. U.S. Trademark Registration No. 4323869 was registered on April 23, 2013.

31.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Team Skeet. As a result, the purchasing public has come to know, rely upon and recognize the mark Team Skeet as an international brand of high quality adult entertainment.

32.     The production of pornography is one of the most scrutinized and policed legal enterprises in the country, where state, local and federal regulations all require manufacturers and distributors of such works to comply with a myriad of laws and record keeping rules. Producers navigate the various legal requirements at great expense in order to remain compliant, carefully building government-required databases that must be maintained for inspection even beyond the life of the company. Plaintiff has meticulously complied with the various laws, rules, and regulations imposed upon production of legitimate adult entertainment. Legitimate producers do not "make" anyone do anything – only consenting adults participate. Both men and women participate in front of and behind the camera at jobs that require real skill and dedication. The Plaintiff only sells its final product to consenting adults through age-restricted channels.

33.     Defendants are the owners and operators of the website located at www.hqporner.com.

34.     Defendants conduct business as HQPorner.com, operate the website, and derive direct financial benefit through advertising sales on the websites.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 6

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

35.      Defendants compete against Plaintiff in the distribution and sale of adults-only

audio-visual works through Internet distribution and divert potential customers from Plaintiff.

36.      HQPorner.com is not registered as an Internet Service Provider nor is there a

designated Agent to receive take-down notices sent by copyright holders.   Defendants fail to

receive or honor take-down notices and fail to implement a reasonable repeat infringer policy.

Thus, copyright infringements on HQPorner.com do not qualify for DMCA safe harbor protections.

37.      Does 2-20 are individual or entities that own or operate HQPorner.com, and/or act in

concert with HQPorner.com.  The true names and capacities of which are presently unknown to

Plaintiff.  It is for that reason Plaintiff sues these Defendants by fictitious names. Plaintiff avers

that each of the Doe defendants, along with the lead defendant, jointly or severally, is

responsible for the damages alleged herein.

## STATEMENT OF FACTS

38.      Congress' implementation of safe harbor provisions in the Digital Millennium

Copyright Act ("DMCA") provides true internet service providers with protection against liability

for copyright infringement resulting from the actions and/or postings of their users.  As a primary

example, the safe harbor protections provide YouTube.com with protection from liability should

one of its users post a copyright protected video without authority or license.

39.      The DMCA safe harbor provisions have been systematically abused by internet

copyright infringers in an attempt to garner protection for pirate websites displaying copyrighted

adult entertainment content without license or authority for free viewing to the public.  Under a

veneer of DMCA compliance, the owners and operators attempt to hide behind the safe harbor

provisions while monetizing the website through premium membership programs and substantial

advertising contracts.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 7

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

40.    HQPorner.com, is such a pirate website, displaying copyrighted adult entertainment content without authorization or license.

41.    Defendants host adult entertainment videos and/or host embedded code for adult entertainment videos to permit a user to view the videos on HQPorner.com for free.

42.    Defendants directly upload the videos displayed on HQPorner.com, including PSM's videos, for purposes of display to viewers, including United States and Arizona viewers.

43.    The Terms of Service on HQPorner.com reference "User Submissions," implying that users of HQPorner.com may upload videos and that videos on HQPorner.com are uploaded by third parties.   Such implications are a façade.  HQPorner.com does not contain any functionality which would permit a user or viewer to upload content onto the site.  All videos on HQPorner.com are loaded onto the site for public display by Defendants.

44.    Defendants sell advertising space on HQPorner.com in several forms, including geocentric front load pop-up advertising and advertising banners on space in close proximity to free videos.

45.    Videos on HQPorner.com may be shared on other sites, in addition to the user being provided with direct links for posting on or to any website or social media site including, but not limited to, Facebook, Twitter, Google or via to Email to anyone regardless of age or location.  Such functionality makes it impossible to know how many times and where an unlicensed copyrighted video has been posted and displayed illegally as a direct result of Defendants unlawful display.

46.    HQPorner.com fails to fulfill the requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.  Specifically, while the Terms of Service on HQPorner.com imply the site is a third party user site, the content on the site is actually placed and displayed directly by the Defendants.  Further, HQPorner.com is not a registered Internet Service Provider, does not have

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

1   a registered DMCA Agent to accept take-down notices, and does not implement a reasonable repeat

2   infringer policy.

3       47.   Mydaddy.cc, BigCDN.cc, and HQWO.cc are the URLs that deliver content onto

4   HQPorner.com and allow content displayed on HQPorner.com to render to a viewer without

5   interruption or delay.

6       48.   In or about November 2017, and for an unknown time before, Defendants' website

7   HQPorner.com displayed 135 of Plaintiff's copyright registered works over 259 separate and

8   distinct URLs  - each a part of HQPorner.com.  Defendants have no authority or license to display

9   or distribute any portion of Plaintiffs' copyrighted works.  Attached hereto as Exhibit A is a list of

10   all Plaintiff videos displayed on Defendants' website, and corresponding copyright registration

11   numbers.

12      49.   On or about December 13, 2017, Plaintiff, or an authorized representative of

13   Plaintiff, followed instructions on HQPorner.com to have copyright infringing material removed

14   from the web site, via the web site contact form provided notification of the specific URLs for

15   Plaintiff's copyright registered works displayed without authority on HQPorner.com.  This

16   notification requested that Plaintiff copyrighted works be removed from HQPorner.com.

17      50.   Between December 13, 2017 through September 5, 2018, Plaintiff sent fourteen sets

18   of DMCA Notices to Hqporner.com and its services providers. DMCA complaint take down notices

19   were sent on December 13, 2017; December 26, 2017; January 5, 2018; February 14, 2018; March

20   9, 2018; March 21, 2018; March 23, 2018; March 26, 2018; March 27, 2018; April 5, 2018; May 7,

21   2018; May 23, 2018; May 24, 2018; and September 5, 2018.  These notices all related to the 135 of

22   Plaintiff's copyright registered works over 259 separate and distinct URLs on HQPorner.com

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 9

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

51.    Defendants have failed to respond to any of Plaintiffs fourteen (14) sets of notifications and take down requests for the 135 copyrighted works unlawfully displayed on HQPorner.com.

52.    Defendant uploaded all of Plaintiffs infringed video content onto its website. Defendants failed to honor DMCA Complaint takedown notices sent over an 8-month period.

53.    HQPorner uses two additional URL's, bigcdn.cc and mydaddy.cc to display and deliver infringing content to end users. The two URLS are part of a Content Delivery Network (CDN).

54.    On March 1, 2018, DMCA Notices were sent to the Internet Service Providers (ISPs) that host the CDNs that were serving the infringing content for the website.  The next day on March 2, 2018, a review of HQporner revealed that the operator of HQporner replaced the links contained in the March 1, 2018 notices to the ISPs with new links to deliver the exact same infringing content onto HQporner on the same URL's previously noticed in December, January, and  February.

55.    HQPorner, simply replaced the video links with new ones to continue services to its end users after take down notices were sent to the ISPs.  At no time have HQporner's operators disabled or removed any of videos on Hqporner.com that were noticed in the December, January, February, March, April, May, or September notices. It has become clear that the website has no desire to remove any content or stop delivering any of the infringing work no matter the method or number of notifications.

56.    Defendants have actual knowledge and clear notice of the infringement of Plaintiff's titles or else is willfully blind to the rampant infringement.  The infringement is clear and obvious even to the most naïve observer.  Plaintiff's films are indexed, displayed and distributed on Defendants' website through Defendant and the Doe Defendants acting in concert.  Plaintiff's and

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 10

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

other major producers' trademarks are used to index infringing material along with obfuscation of watermarks and other identifiers which is evidence of knowledge and intent.

57.    By virtue of the conduct alleged herein, Defendants knowingly promote, participate in, facilitate, and assist, materially contribute to copyright infringement, and thereby have directly infringed the copyrights in Plaintiffs' copyrighted work.

58.    Defendants, either jointly, severally, actually, constructively, and with or without direct concert with one another, deprived Plaintiffs of the lawful monetary rewards that accompany its rights in the copyrighted works.  Defendants disregard for copyright trademark laws threaten Plaintiff's business.

## FIRST CAUSE OF ACTION
### Copyright Infringement – 17 U.S.C. §§ 101 *et. seq.*
**Against All Defendants**

59.    Plaintiff repeats, re-alleges, and incorporates by reference each and every preceding allegation set forth herein.

60.    Plaintiff holds the copyright on each of the infringed works alleged herein.

61.    Plaintiff registered each copyright with the United States Copyright Office.

62.    At all pertinent times, Plaintiff is the producer and registered owner of the audiovisual works illegally and improperly reproduced and distributed by Defendants.

63.    Defendants copied, reproduced, reformatted, and distributed Plaintiffs copyrighted works by and through servers and/or hardware owned, operated and/or controlled by Defendants.

64.    Defendants did not have authority or license to copy and/or display Plaintiffs original works.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 11

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

65.     Defendants infringed Plaintiff's copyrighted works by reproducing and distributing works through Defendants' website without property approval, authorization, or license of Plaintiff.

66.     Defendants knew or reasonably should have known they did not have permission to exploit Plaintiffs' works on HQPorner.com and further knew or should have known their acts constituted copyright infringement.

67.     Defendants made no attempt to discover the copyright owners of the pirated works before exploiting them.  Defendants failed and refused to take any reasonable measure to determine the owner or license holder of the copyrighted works.

68.     Defendants engaged in intentional, knowing, negligent, or willfully blind conduct sufficient to demonstrate they engaged actively in the improper collection and distribution of Plaintiffs' copyrighted works.

69.     The quantity and quality of copyright files available to Internet users increased the attractiveness of Defendants' service to its customers, increased its membership base, and increased its ad sales revenue.

70.     Based on information and belief, Defendants actively uploaded pirated copyrighted files and/or embedded code, enabling users of HQPorner.com to view copyrighted videos and images for free.

71.     Defendants controlled the files owned by Plaintiff and determined which files remained for display and distribution.

72.     Defendants never adopted procedures to ensure that distribution of Plaintiff's copyrighted materials would not occur.

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 12

**FREEMAN LAW FIRM, INC.**
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

73.     Defendants either were aware, actually or constructively, should have been aware, or were willfully blind that pirated copyrighted materials comprised the most popular videos on the Defendants websites.

74.     Defendants, through HQPorner.com, affirmatively and willfully accommodated Internet traffic generated by the illegal acts.

75.     Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, *et seq.*  At a minimum, Defendants acted with willful blindness and reckless disregard of Plaintiff's registered copyrights.

76.     Because of their wrongful conduct, Defendants are liable to Plaintiff for copyright infringement. See 17 U.S.C. §501. Plaintiff suffers and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

77.     The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, the law permits Plaintiff to recover statutory damages. 17 U.S.C. §504(c).

78.     Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c) (2).

79.     The law permits Plaintiff injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding any and all infringing materials. 17 U.S.C. §503.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Paper Street Media, LLC requests the following relief:

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 13

**FREEMAN LAW FIRM, INC.**
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

A.    That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)    Any and all reproduction, adaptation, public display and/or distribution of copies of Plaintiff's copyrighted works by Defendants on any website, including but not limited to HQPorner.com;

(2)    Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to HQPorner.com; and

(3)    Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values.

B.    That Defendants be ordered to transfer the domain HQPorner.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to HQPorner.com, and the content therein to Plaintiff.

C.    That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.    That Plaintiff be awarded statutory damages in an amount to be determined at trial for all infringing activities, or actual damages including Plaintiff's damages and lost profits, Defendants' profit;

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 14

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

E.    That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

F.    That Plaintiff be awarded enhanced damages and attorney's fees;

G.    That Plaintiff be awarded pre-judgment and post-judgment interest;

H.    That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.    That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  September 7, 2018

Respectfully submitted,

By:    */s/ Spencer D. Freeman*

Spencer D. Freeman, Attorney at Law
Freeman Law Firm, Inc.
Attorney for Plaintiff
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  253-383-4500
FAX:  253-383-4501
E-mail sfreeman@freemanlawfirm.org

FIRST AMENDED COMPLAINT
Case No. 3:18-cv-05167 RBL - 15

FREEMAN LAW FIRM, INC.
1107 ½ TACOMA AVENUE SOUTH
TACOMA, WA 98042
(253) 383-4500 - (253) 383-4501 (FAX)

**EXHIBIT A**

| REGISTRATION | TITLE |
| --- | --- |
| 1-4156708754 | Teens Love Anal: Jade Jantzen: Tease, Stretch, And Penetrate |
| 1-4159203679 | Sis Loves Me: Alexa Grace: Relatively Hot Relations |
| 1-4159266309 | Innocent High: Mercedes Carrera: If You Want It Just Ask |
| 1-4159266886 | Exxxtra Small: Brice Bardot: Alone With A Drone |
| 1-4170055032 | Teeny Black: Brittany White: Natural Brown Beauty |
| 1-4172444827 | Titty Attack: Kylie Page: Jiggle Ya Tits |
| 1-4268376842 | Innocent High: Audrey Royal & Emma Hix: Fucking The Swing Vote |
| 1-4359150440 | Bad Milfs: Reena Sky & Jill Kassidy: Becoming A Man |
| 1-4413364756 | Struggling Babysitter Gets Desperate: Cadey Mercury: Babysitters Club |
| 1-4413364890 | Tits Out For The Boys: Karlee Grey: Titty Attack |
| 1-4752592951 | Exxxtra Small: Lily Jordan and Sara Vandella: Small Sneaky And Cheeky |
| 1-4906958052 | My Babysitters Club: Olivia Luna: The Full Time Sex Sitter |
| 1-4965903962 | She's New: Haven Rae: Gynecological Gem Makes A Sex Tape |
| 1-4965904088 | Sis Loves Me: Tiffany Watson: Surprising Your Step Sis |
| 1-4966593224 | Exxxtra Small: Alana Summers & Arielle Faye: The Tiny Teen Cam Show |
| 1-4992261261 | Exxxtra Small : Alice Merchesi & Lauren Phillips: Extra Tall Babe Vs Extra Small Spinner |
| 1-4992261838 | Teen Pies: Bailey Brooke: Have You Ever Wanted To Fuck Me |
| 1-4992630295 | This Girl Sucks: Avi Love: Will I Still Be A Virgin |
| 1-4992630592 | BAD Milfs: Nina Nirvana & Alana Cruise: Lewd Mother Daughter Photoshoot |
| 1-4998249852 | Sis Loves Me: Lily Ford: I Hate Doing Chores |
| 1-5082680272 | Titty Attack: Daisy Gomez: Amazing Aquatic Titties |
| 1-5091249052 | Titty Attack: Angela White: Talented Tits |
| 1-5091529430 | Sis Loves Me: Sydney Cole and Haven Rae: Creepy Perverted Brother Gets Lucky |
| 1-5091529804 | Exxxtra Small: Cleo Vixen: Disgruntled Duo Fuck Dainty Teen |
| 1-5091529980 | Teen Pies: Aaliyah Hadid: Waiting To Explode |
| 1-5091944920 | This Girl Sucks: Davina Davis: Chokey Throat Poke |
| 1-5092502672 | Exxxtra Small: Chloe Carter: Exxxtrasmall Groupie Love |
| 1-5140338492 | Teen Pies: Davina Davis: Faking A Pull Out |
| 1-5198422232 | Teens Love Anal: Emily Cash: Anal For An Audience |
| 1-5591175042 | Sis Loves Me: Violet Starr: The Inquisitive Little Stepsis |
| 1-5591175168 | Teens Love Anal: Lexi Bandera: Fortune Teller Fun |
| 1-5613250272 | Sis Loves Me: Bella Rose: Brother Sister Relationship Goals |
| 1-5613250930 | Sis Loves Me: Charity Crawford: Brothers Break Up Plan |
| 1-5613386056 | Dad Crush: Lanna Carter: Fathers Day Fun |
| 1-5616725326 | Exxxtra Small: Angel Smalls and Kennedy Kressler: Skip The Small Talk |

| 1-5616725830 | Teens Love Anal: Sarah Banks: Big Booty Banking |
| 1-5616726083 | Teen Pies: Katya Rodriguez: Remove The Condom |
| 1-5619481272 | Exxxtra Small: Hime Marie: Pervy Little Petite |
| 1-5645502022 | Sis Loves Me: Vienna Black: Sibling Splashdown |
| 1-5645502187 | Teens Do Porn: Haley Viscara: First Time Sex On Camera |
| 1-5645629300 | Sis Loves Me: Chloe Cherry: Stepsisters Anal Endeavor |
| 1-5686130212 | Sis Loves Me: Mila Marx: My Delinquent Stepsister |
| 1-5725938102 | This Girl Sucks: Hadley Viscara: Laying Down Some Lip |
| 1-5726018080 | Exxxtra Small: Sadie Pop: Childish Babe Building Cox |
| 1-5744652262 | Teen Pies: Willow Winters: Something Dripping Down Her Leg |
| 1-5744652856 | Dyked: Mindi Mink & Arielle Faye: Under Her Control |
| 1-5747668532 | Sis Loves Me: Jayden Black: The Blue Balled Brother |
| 1-5747668699 | POV Life: Sofi Ryan: Real Estate Sex |
| 1-5766140382 | Oye Loca: Aysha: Marry Me Mami |
| 1-5893692782 | Sis Loves Me: Brooke Haze: Sucking Stepbros Banana |
| 1-5893740834 | Exxxtra Small: Hannah Hays: Little Girl With Big Responsibilities |
| 1-5893741191 | Family Strokes: Sofie Marie: Family Makes Me Feel Better |
| 1-5918578462 | Titty Attack: Kim Gold: The Golden Titty Award |
| 1-5918578728 | My Babysitters Club: Nikki Snow: Feel Better Babysitter |
| 1-5940864372 | Exxxtra Small: Anya Shidlerova: Double Dipped Dainty Teen |
| 1-5940865030 | Sis Loves Me: Jasmyne Vega: Assisting My Stepsis |
| PA000198742 | POV Life: Nikki Next: We Can Work Soemthing Out |
| PA0001988641 | Sis Loves Me: Hollie Mack: Family Cums First |
| PA0001988647 | This Girl Sucks: Airdra Fox: Deepthroat Devastation |
| PA0001988655 | Sis Loves Me: Kimmy Granger: My Freaky Stepsister |
| PA0001988662 | Sis Loves Me: Elsa Jean: Getting What I Want |
| PA0001988665 | Sis Loves Me: Shane Blair: Stepsis Chronicles |
| PA0001988693 | The Real Workout: Natalia Starr: Pussy for Payment |
| PA0001988705 | CFNM Teens: Amirah Adara: Amirah Does it Again |
| PA0001988881 | Teen Pies: Zoey Velez: Mexican for Dessert |
| PA0001988882 | Teens Love Money: Nikki Lite: Nikki's Ride |
| PA0001988899 | Exxxtra Small: Sally Squirt: Sally Gets To Squirt |
| PA0001989001 | My Babysitters Club: Iggy Amore: I Can Help You |
| PA0001989002 | Exxxtra Small: Kaylee Jewel: Tiny Teen Takes a Tumble |
| PA0001989057 | Exxxtra Small: Alaina Dawson: Rebound Dicking |
| PA0001990690 | Exxxtra Small: Bambi Brooks: Easter Egg Pussy Hunt |
| PA0001990855 | Sis Loves Me: Zoe Parker: Splitting The Profits |
| PA0001991292 | My Babysitters Club: Sally Squirt: Making Hard Decisions |
| PA0001991293 | Titty Attack: Skyla Novea: Wet & Wild Titty Time |

| | |
|---|---|
| PA0001991326 | Exxxtra Small: Blue Vixen: Popsicle Pussy |
| PA0002007652 | She's New: Taylor May: Jesus Loves Porn Stars |
| PA0002010882 | Innocent High: Cleo Vixen: Becoming The Teachers Assistant |
| PA0002011562 | Dyked: Jenna and Kenna: Theres A First Time For Everything |
| PA0002017172 | Teens Love Anal: Dakota Skye: Anal Superstar |
| PA0002017773 | Exxxtra Small: Dolly Little: Im Stuck! Plz Help |
| PA0002018113 | Sis Loves Me: Amina Allure: Timid Girls First Time |
| PA0002022265 | Exxxtra Small: Nami Dahlia: Miraculously Mini |
| PA0002022358 | Teens Love Anal: Madelyn Monroe: The Anniversary Switch-Up |
| PA0002022991 | My Babysitters Club: Kimmy Granger: Kimmys College Fund |
| PA0002023948 | Teens Love Anal: Eden Sinclair: Anal Dreams Become Reality |
| PA0002023950 | She's New: Riley Momsen: A Whole Lotta Likes |
| PA0002024637 | Sis Loves Me: Layla London: Step-In-love |
| PA0002025904 | Exxxtra Small: Maya Bijou: Petite Pool day |
| PA0002025922 | Teens Love Anal: Angel Smalls: The Waiting Game |
| PA0002025926 | Sis Loves Me: Elena Koshka: Foreign Exchange Lessons |
| PA0002025946 | She's New: Carolina Abril: Sleepytime Movies |
| PA0002031217 | My Babysitters Club: Molly Mae: In Need Of Care |
| PA0002031229 | Sis Loves Me: Angel Smalls: My Little Angel |
| PA0002031248 | Exxxtra Small: Lilly Jordan: 2 Dollars A Pound |
| PA0002031279 | Exxxtra Small: Giselle Ambrosio: The Last Pikahoe |
| PA0002031359 | This Girl Sucks: Angel Smalls: Dick Suckin Devil |
| PA0002031375 | Sis Loves Me: Brooke Bliss: Misty Little Sissy |
| PA0002033323 | Sis Loves Me: Avalon Heart: Putting On A Show For My Stepbro |
| PA0002033346 | Teen Pies: Hailey Reed: Searching For The Perfect CreamPie |
| PA0002033349 | My Babysitters Club: Jillian Janson: Caught Red Pantied |
| PA0002033351 | Exxxtra Small: Lilly Ford: Itsy Bitsy HotSpot |
| PA0002033352 | Sis Loves Me: Bailey Brooke: Bothering My Stepsis |
| PA0002033356 | Teens Love Anal: Lauren Phillips: Tickets To The Asshole Parade |
| PA0002033371 | Sis Loves Me: Niki Snow: Stepsis Needs Some Loving |
| PA0002033372 | The Real Workout: Ivy Rose: Tits For Your Trainer |
| PA0002033382 | Sis Loves Me: Elizabeth Jolie: Stepbro Be Gone! |
| PA0002033384 | Teen Curves: Dani Dolce: Booty Magic |
| PA0002033387 | Exxxtra Small: Alex Grey: Miracle Grow |
| PA0002033399 | Teens Love Money: Apolonia Lapiedra: Evaluate Your Sex Life |
| PA0002033415 | Exxxtra Small: Alice March & Angel Smalls:Fun Sized Friends Take A HOT Shower |
| PA0002034782 | Sis Loves Me: Kylie Quinn: Step Isnt Blood |
| PA0002034787 | Teeny Black: Maya Bijou: Shouldnt Have To Fuck For Free |
| PA0002035811 | Teens Love Money: Lily Ford: Pretty and Priceless |

| | |
|---|---|
| PA0002035820 | Sis Loves Me: Demi Lopez: Study Your Sis |
| PA0002035980 | Sis Loves Me: Lily Jordan: Truth Or Dare |
| PA0002038339 | This Girl Sucks: Aubrey Sinclair: Staircase Slurping |
| PA0002038362 | Dyked: Abigail & Jillian: Etiquette For An Innocent Rebel |
| PA0002038364 | Exxxtra Small: Kristen Scott: Pint Sized New Years Nympho |
| PA0002038381 | Sis Loves Me: Jade Jantzen: Magical Anal With My Sister |
| PA0002038477 | Sis Loves Me: Alexis Dean: Troublesome Teen Siblings |
| PA0002038479 | Innocent High: Makenna Blue: Shy Yet Seductive |
| PA0002038887 | Titty Attack: Annika Eve: Poolside Breast Stroke |
| PA0002039049 | Titty Attack: Keisha Grey: Jumbo Tooters |
| PA0002039061 | Teens Love Anal: Abbey Lee Brazil: BootyHole Recall |
| PA0002039408 | Exxxtra Small: Kiley Jay: Man,Milk,Cookies, And Tiny Pussies |
| PA0002039792 | Jade Amber: Sister Insatiability: Sis Loves Me |
| PA0002039839 | Sorry Doesn't Cut It: Bridgette & Cassidy: Dyked |
| PA0002039853 | Thats What Family Is For: Megan Sage: Sis Loves Me |
| PA0002039862 | My Miniature Life Like Doll: Hope Harper: Exxxtra Small |
| PA0002039865 | The Protein Shot: Sarah Vandella: The Real Workout |
| PA0002040047 | Kandi Quinn: The Sweetest Little Piece Kandi: Exxxtra Small |
| PA0002040059 | Sierra Nicole: Brothers Are Better Than Boyfriends: Sis Loves Me |
| PA0002040654 | Virtual Reality Versus My Tiny Step Sister: Khloe Kapri: Exxxtra Small |
| TX- 8-400-663 | Exxxtra Small: Brooke Haze & Val Dodds: Lesbo Up A Lilttle |
| TX 8-417-241 | Exxxtra Small: Holly Hendrix: The Back Door Locksmith |