UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAPER STREET MEDIA, LLC, a Florida limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>IVAN SHELKOV, individually and d/b/a HQPORNER.COM; THOMAS KAHN, individually and d/b/a HQPORNER.COM; and DOES 1-20,<br><br>Defendants. | **Case No.: 3:18-cv-05167-RBL**<br><br>**MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(1(A)(ii)**<br><br>NOTED ON MOTION CALENDAR: December 18, 2020 |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Paper Street Media, LLC requests the Court to dismiss the above-captioned case without prejudice. Plaintiff requests the Court to enter the attached proposed form of order.

RESPECTFULLY SUBMITTED this 24th day of November 2020.

**FREEMAN LAW FIRM, INC.**

 */s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
FREEMAN LAW FIRM, INC.
sfreeman@freemanlawfirm.org
sierra@freemanlawfirm.org

MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(1(A)(ii)  - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)