UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAPER STREET MEDIA, LLC, a Florida limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN SHELKOV, individually and d/b/a HQPORNER.COM; THOMAS KAHN, individually and d/b/a HQPORNER.COM; and DOES 1-20,<br><br>    Defendants. | **Case No.: 3:18-cv-05167-RSM**<br><br>**ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(1(A)(ii)**<br><br>NOTED ON MOTION CALENDAR: December 18, 2020 |

Pursuant to Plaintiff's Motion to Dismiss without Prejudice, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed without prejudice.

DATED this 21st day of December, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
2  Presented By:
3  _____*s/ Spencer Freeman*_____
   Spencer D. Freeman, WSBA #25069
4  Freeman Law Firm, Inc.
   1107 ½ Tacoma Ave. South
5  Tacoma, Washington 98402
   sfreeman@freemanlawfirm.org
6  sierra@freemanlawfirm.org
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS PURSUANT TO FED.R.CIV.P. 41(a)(1(A)(ii)
- 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)